# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BELINDA BIVINS, et al., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO. 18-0097-CG-M |
| BALL HEALTHCARE SERVICES, INC., d/b/a Robertsdale Rehabilitation and Health Center, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiffs Kayland Carter, Anquinette Bryars Johnson, and Alexis Jones having failed to respond to the Order issued on May 23, 2018 (Doc. 33), and upon consideration of the alternatives that are available to the Court, it is **ORDERED** that the claims of Kayland Carter, Anquinette Bryars Johnson, and Alexis Jones against Ball Healthcare Services, Inc. are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to F.R.Civ.P. 41(b) for failure to comply with the Court's order and to prosecute this action. See Link v. Wabash R. R., 370 U.S. 626, 630, 82 S.Ct. 1836, 8 L.Ed.2d 734 (1962) (interpreting Rule 41(b) not to restrict the court's inherent authority to dismiss sua sponte an action for lack of prosecution).

**DONE and ORDERED** this 21st day of June, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE